**No. 49628.**—Protests 842814–G, etc., of Heinsheimer Bros., Inc. (New York).

Opinion by TILSON, J. The testimony showed that certain of the merchandise consists of ramie hats similar to those involved in protest 969066–G (Abstract

47291), and that other items consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which records were admitted in evidence herein. In accordance therewith these items were held dutiable at only 25 percent under paragraph 1504 (b) (1) as claimed.